UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRANA GUTMAN on behalf of herself and
all other similarly situated consumers

                             Plaintiff,

-against-

UNITED RECOVERY SYSTEMS, L.P.

                             Defendant.

---

**Case No. 1:15-cv-02901-PKC-RLM**

**STIPULATION OF
DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee, and or person not a

party has an interest in the subject matter of the action, the above-entitled action be, and the same

hereby is discontinued with prejudice as to defendant without costs to either party as against the

other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  Brooklyn, New York                Dated:  West Caldwell, New Jersey
         March 28, 2016                      March 28, 2016


_/s/ Maxim Maximov_____          _/s/ Cindy D. Salvo_____
Maxim Maximov, Esq.                    Cindy D. Salvo, Esq.
Maxim Maximov, LLP                   The Salvo Law Firm
Attorney for the Plaintiff              Attorney for the Defendant
1701 Avenue P                         185 Fairfeld Avenue, Suite 3C/3D
Brooklyn, New York 11229            West Caldwell, New Jersey 07006
Office: (718) 395-3459                Office: (973) 226-2220
Facsimile: (718) 408-9570            Fax: (973) 900-8800
E-mail: m@maximovlaw.com         E-mail: csalvo@salvolawfirm.com